**Order entered October 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00820-CV

**ROBERT K. DOWD, Appellant**

**V.**

**SHIRE PHARMACEUTICALS, LLC, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11027**

## ORDER

Before the Court is appellant's October 9, 2014 second motion for an extension of time to file a brief. Appellant again informs the Court that the parties have exchanged settlement and dismissal documents. We **GRANT** appellant's motion **to the extent** that appellant shall file either a motion to dismiss the appeal or his brief by **OCTOBER 31, 2014**.

/s/　ELIZABETH LANG-MIERS
　　　JUSTICE